IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| CARLO B. RELIFORD, | ) | |
| Petitioner, | ) | |
| v. | ) | CV 316-088 |
| WARDEN TAMALA BROWN, | ) | |
| Respondent. | ) | |

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES AS MOOT** Petitioner's motions for leave to proceed IFP and for a hearing (doc. nos. 3, 5), **DISMISSES** this case without prejudice under Loc. R. 41.1 for want of prosecution, and **CLOSES** this civil action.

SO ORDERED this 14th day of March, 2017, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE